UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SCOTT MATTINGLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 18-11294-LTS |
| C. COFFEE et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER OF DISMISSAL

September 20, 2021

SOROKIN, J.

In June 2018, Robert Scott Mattingley, then an inmate at the Federal Medical Center in Devens, Massachusetts, filed a pro se complaint alleging claims under 42 U.S.C. § 1983 against five individuals involved with his medical care.  Doc. No. 1.  Mattingley was permitted to amend his complaint in October 2018 and to proceed in forma pauperis.  Doc. No. 13.  Summons issued for all defendants on October 10, 2018, along with instructions regarding how Mattingley could effectuate service and a copy of the Local Rule regarding service.  Id.; Doc. No. 15.  Nearly three years have elapsed since the summons issued.  At no time has Mattingley notified the Court that he served the summons and complaint on any defendant, sought assistance from the United States Marshals Service to complete service, requested an extension of time to complete service, or made any other submission demonstrating good cause for his failure to serve the defendants. In these circumstances, dismissal is warranted under Federal Rule of Civil Procedure 4(m).

According to the Federal Bureau of Prisons' inmate locator, Mattingley was released from custody on May 27, 2020.  The Local Rules, which bind pro se litigants, required

Mattingley to both "provide . . . a mailing address at which service . . . can be made" <u>and</u> to "inform the clerk . . . in writing of any change of . . . address . . . within 14 days of the change." D. Mass. L.R. 83.5.5(d), (e), (h).  He has not done so, having made no submissions in this action whatsoever since his release sixteen months ago.  Thus, dismissal is also warranted for failure to comply with the Local Rules.  D. Mass. L.R. 1.3.

    In sum, this action is DISMISSED without prejudice for failure to serve, failure to prosecute, and failure to comply with the Local Rules.

SO ORDERED.

                    /s/ Leo T. Sorokin  
                    United States District Judge